MORETRENCH CORPORATION, Appellant, vs. WILKE, Receiver and another, Respondents.

For the appellant: *Genrich & Genrich,* attorneys, and *Herbert L. Terwilliger* and *James A. Fitzpatrick* of counsel, all of Wausau.

For the respondents: *Anna Mae Davis* of Madison, attorney, and *Bird, Smith, Okoneski & Puchner* of Wausau of counsel.

*By the Court.*—Judgment affirmed.

FREYE and wife, Respondents, vs. WALTERS and another, Appellants.

For the appellants: *Benton, Bosser, Becker & Parnell* of Appleton.

For the respondents: *Everson, Ryan & Hanaway* of Green Bay.

*By the Court.*—Judgment affirmed.